UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LANCE S. DIAMOND,

        Plaintiff,

- against -

LOCAL 807 LABOR-MANAGEMENT
PENSION FUND, its Trustees, JOHN
SULLIVAN, ANTHONY STORZ, LUIS
HERRERA, JOHN ZAK, ANTHONY
ZAPULLA, and ALLEN SWERDLICK, and its
Fund Administrator, ALFRED FERNANDEZ,

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
12-CV-5559 (RRM) (VVP)

A Memorandum and Order of the undersigned having been issued this day granting defendants' motion to dismiss and ordering that all claims brought by plaintiff as against defendants be dismissed with prejudice, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

**ORDERED ADJUDGED AND DECREED** that plaintiff take nothing of defendants; that all claims brought by plaintiff against defendants are dismissed with prejudice; and that this case is hereby closed

SO ORDERED.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       February 7, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge